AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Texas

| | |
|---|---|
| Julius Bryant ) | |
| ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 4:21-cv-76 |
| Elite Integrity LLC d/b/a Auto Protection Plus ) | |
| ) | |
| *Defendant* ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Elite Integrity LLC d/b/a Auto Protection Plus
12900 Garden Grove Boulevard, #214
Garden Grove, California 92843

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Amy L. Bennecoff Ginsburg, Esquire
KIMMEL & SILVERMAN, P.C.
30 East Butler Pike
Ambler, PA 19002
(215)540-8888

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 1/22/2021    *s/N. Klingelhoefer*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No. 4:21-cv-76

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

## RETURN OF SERVICE

### UNITED STATES DISTRICT COURT
### Northern District of Texas

Case Number: 4:21-CV-00076-P

Plaintiff:
**Julius Bryant**

vs.

Defendant:
**Elite Integrity LLC d/b/a Auto Protection Plus**

For:
Amy L. Bennecoff Ginsburg, Esquire
Kimmel & Silverman
30 East Butler Pike
Ambler, PA 19002

Received by Eagle Process Serving on the 2nd day of February, 2021 at 9:24 am to be served on **Elite Integrity LLC d/ba Auto Protection Plus, 12900 Garden Grove Boulevard, #214, Garden Grove, CA 92843.**

I, Richard Dewalt, do hereby affirm that on the **2nd day of February, 2021** at **10:18 am, I:**

served an **AUTHORIZED** entity by delivering a true copy of the **Summons in a Civil Action; Complaint and Demand for Jury Trial; Civil Cover Sheet** with the date and hour of service endorsed thereon by me, to: **Jane Doe** as **Manager** at the address of: **12900 Garden Grove Boulevard, #214, Garden Grove, CA 92843**, who stated they are authorized to accept service for **Elite Integrity LLC d/ba Auto Protection Plus**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 40, Sex: F, Race/Skin Color: White, Height: 5' 5", Weight: 130, Hair: Brown, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

**Richard Dewalt**
PSC 6056

**Eagle Process Serving**
P.O. Box 1209
Garden Grove, CA 92842
(714) 296-9593

Our Job Serial Number: EGP-2021000003

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1x