IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JULIUS BRYANT, | § | |
| Plaintiff, | § § § | |
| v. | § § | Civil Action No. 4:21-cv-00076-P |
| ELITE INTEGRITY, LLC D/B/A AUTO PROTECTION PLUS, | § § § § | |
| Defendant. | § | |

## FINAL JUDGMENT

This Final Judgment is issued pursuant to Federal Rule of Civil Procedure 58. In accordance with the Order Granting Default Judgment (ECF No. 13):

It is **ORDERED, ADJUDGED, and DECREED** that this civil action is **DISMISSED with prejudice**.

The Clerk shall transmit a true copy of this Final Judgment to the parties.

**SO ORDERED** on this **7th day** of **April 2021.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE